Certificate Number: 01141-CAE-DE-032208486

Bankruptcy Case Number: 18-26542


01141-CAE-DE-032208486

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2019, at 3:12 o'clock PM EST, Debra Peeling completed a course on personal financial management given by internet by American Consumer Credit Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date:   January 25, 2019                By:   /s/Susan Collins

                                        Name:  Susan Collins

                                        Title: Credit Counselor